UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80236-CIV-COHN/SELTZER

CAREY CHEN,

       Plaintiff,

v .

CAYMAN ARTS, INC., a Florida corporation
and SCOTT R. STEELE, an individual,

       Defendants.

_____/

**PLAINTIFF'S MOTION TO COMPEL RESPONSE TO INTERROGATORIES
AND REQUESTS FOR PRODUCTION, MOTION TO DEEM REQUEST
FOR ADMISSIONS ADMITTED, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, CAREY CHEN ("Mr. Chen"), by and through undersigned counsel and pursuant to *Fed.R.Civ.P.* 36(a) and 37(a), and *S.D. Fla. L.R.* 26.1, hereby moves for an order compelling discovery from Defendants CAYMAN ARTS, INC. ("Cayman Arts") and SCOTT R. STEELE ("Steele") (collectively, "Defendants"), and further finding that Mr. Chen's Request for Admissions have been deemed admitted by Defendants.   In support thereof, Mr. Chen respectfully states as follows:

1.     Mr. Chen served his Second Set of Interrogatories, Second Request for Production of Documents and First Request for Admissions upon Defendants on April 6, 2011. A copy of the Second Set of Interrogatories, Second Request for Production of Documents and First Request for Admissions are respectively attached as Exhibits A, B, C, D, E and F. Defendants' responses to this discovery were due on or before May 6, 2011.

Carey Chen v. Cayman Arts, et al.
Case No. 10-80236-CIV-COHN/SELTZER

2.      On April 15, 2011, however, counsel for Cayman Arts and Scott Steele filed a Motion to Withdraw from the case.  [DE 100].  The Court granted the Motion to Withdraw on April 22, 2011.  [DE 105].  On April 27, 2011, the Court entered an Order extending the deadline for Cayman Arts to obtain new counsel through and including May 23, 2011.  [DE 109].

3.      Defendants' new counsel, Mitchell Adler, entered his Notice of Appearance on May 23, 2011 [DE 112].  At present, thirty-eight (38) days have elapsed since Mr. Chen served his discovery during which Defendants were represented by counsel.  To date, however, Defendants have completely failed to respond to any of Mr. Chen's pending discovery, and have made no efforts to request or obtain any extension of Defendants' deadline to respond to Mr. Chen's discovery.

4.      As a consequence of their failure to respond at all to Mr. Chen's Second Set of Interrogatories and Second Request for Production of Documents, Defendants have waived any objections to this discovery and they should be compelled to respond to the discovery immediately.  *See Fed.R.Civ.P.* 33(b)(2), (4); 34(2); and 37(a).

5.      In addition, pursuant to *Fed.R.Civ.P.* 36(a)(3), Defendants should be deemed to have admitted all matters contained in Mr. Chen's First Request for Admissions.  *See I'm a Little Tea Cup, Corp. v. Quality Pet Products, LLC*, 2008 WL 4459371 (S.D. Fla. Oct 1., 2008) (deeming admitted all matters in a request for admissions as a result of a party's complete failure to respond).

2

Carey Chen v. Cayman Arts, et al.
Case No. 10-80236-CIV-COHN/SELTZER

6.    Lastly, Mr. Chen requests the award of reasonable attorney's fees incurred in pursuing this Motion pursuant to Rule 37(a)(5).  Currently, the Court has set the deadline for dispositive motions for June 24, 2011.  Mr. Chen intends to file a renewed motion for summary judgment based on part upon the Defendants' discovery responses, and Mr. Chen is thus being seriously prejudiced by the Defendants' (repeated) failure to timely fulfill their discovery obligations in this case.

WHEREFORE, Mr. Chen respectfully requests that the Court enter an Order (1) compelling Defendants to provide full responses to Mr. Chen's Second Set of Interrogatories and Second Request for Production of Documents within five (5) business days; (2) directing that all objections to such discovery have been waived by Defendants; (3) deeming all of Mr. Chen's Requests for Admission as admitted by Defendants; (4) awarding Mr. Chen his reasonable attorney's fees incurred in bringing this Motion; and (5) granting such additional and further relief as the Court deems necessary and proper.

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

I HEREBY CERTIFY that the undersigned counsel for Plaintiff Carey Chen made reasonable efforts to confer by telephone on this date with Defendants' counsel, Mitchell Alder, in an effort to address and resolve the foregoing issues, but was been unable to do so.

Carey Chen v. Cayman Arts, et al.
Case No. 10-80236-CIV-COHN/SELTZER

Respectfully submitted,

FOWLER WHITE BURNETT, P.A.
901 Phillips Point West
777 South Flagler Drive
West Palm Beach, Florida 33401
Telephone:   (561) 802-9044
Facsimile:   (561) 802-9976
E-mail:  jbutler@fowler-white.com

  s/Jonathan B. Butler
Jonathan B. Butler, Esquire
Florida Bar No. 56197

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 13, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day on all counsel and parties of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

  s/Jonathan B. Butler
Jonathan B. Butler

4

Carey Chen v. Cayman Arts, et al.
Case No. 10-80236-CIV-COHN/SELTZER

**<u>SERVICE LIST</u>**
Carey Chen v. Cayman Arts, et al.
CASE NO. 10-80236-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

Mitchell D. Adler, Esq.
Florida Bar No. 434061
E-mail:  mitchell.adler@gmlaw.com
Greenspoon Marder, P.A.
100 W. Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Telephone:     (954) 491-1120
Facsimile:      (954) 267-8009
*Attorney for Cayman Arts, Inc. and Scott R. Steele*
Served via CM/ECF

William H. Pincus, Esq.
Florida Bar No. 65595
E-mail:  bpincus@whpincuslaw.com
324 N. Lakeside Ct.
West Palm Beach, FL 33407
Telephone:   (561) 868-1340
Facsimile:    (561) 366-1310
*Attorney for Third Party Defendants Fisher*
*Blue Water Galleries, LLC, Monique Comfort,*
*and Gray Ingram*
Served via CM/ECF