UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80236-CIV-COHN/SELTZER

CAREY CHEN,

       Plaintiff/Counter-Defendant,

v.

CAYMAN ARTS, INC., a Florida corporation
and SCOTT R. STEELE, an individual,

       Defendant/Counter-Plaintiff,

v.

FISHER BLUE WATER GALLERIES, LLC, a
Florida limited liability company, MONIQUE
COMFORT, individually, GRAY INGRAM,
individually, and JOHN and JANE DOE,
unknown entities,

       Third-Party Defendants.

_____/

## ORDER DENYING DEFENDANT/COUNTER-PLAINTIFF, CAYMAN ARTS, INC.'S AND SCOTT STEELE'S EMERGENCY MOTION AND REQUEST FOR HEARING FOR A CONTINUANCE OF THE TRIAL; AND OTHER RELIEF

**THIS CAUSE** is before the Court upon Defendant/Counter-Plaintiff, Cayman

Arts, Inc.'s and Scott Steele's Motion and Request for Hearing for a Continuance of the

Trial; and Other Relief [DE 196] ("Motion"). The Court has considered the Motion and

the record in this case, and is otherwise advised in the premises.

Mr. Steele states that his "relationship with counsel of record has continued to

deteriorate rapidly and is beyond repair." Mot. at 2. He represents that he is not ready

for trial, which is scheduled to begin tomorrow, September 15, 2011. Id. at 2, 4. On

behalf of Cayman Arts and himself, Mr. Steele requests that the Court "hold an

emergency hearing/call on September 14, 2011 to allow Cayman and Steele to speak to the Court regarding the situation; allow Cayman and Steele to engage new counsel[]; require Chen and Fisher et al to produce in full the document discovery propounded as requested herein; allow its Unilateral Pre-trial stipulation be amended if required within ninety (90) days from the date of this filing; and set trial for 120 days from September 15, 2011 as requested." Id. at 9.

Mr. Steele is well aware that he may not represent Cayman, a corporate entity, nor may he file any *pro se* motions (other than those addressing competency of counsel) while he remains represented by counsel. As the Court previously stated,

> Cayman and Steele are still represented by counsel. Accordingly, Defendant Steele may not file any *pro se* motions or otherwise act in this case. See S.D. Fla. L.R. 11.1(d) ("Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney of such party and to the opposing party. . . ."); Agrawal v. Pallmeyer, No. 1:07cv4283, 2008 WL 450818, at *4 (N.D. Ill. Feb. 15, 2008) ("It is a well established principle of law that courts do not accept filings directly from a party who is represented by counsel; all filings must come from the counsel representing that party.")."

Judge Seltzer's Order Denying Motions to Compel [DE 188] at 2.

Regardless, the undersigned has already denied Mr. Steele's request for a continuance, see Order Denying Motions to Withdraw and Motion for Default [DE 193], and Judge Seltzer has already denied Mr. Steele's requests to compel discovery, see Order Denying Motions to Compel. Further, despite Mr. Steele's representations in his current Motion that he is not satisfied with his current counsel, Mr. Steele refused to consent to Mr. Adler and Mr. Schwartz's requests to withdraw at the September 2, 2011 and September 9, 2011 hearings [DE's 176, 192]. Of course, if Mr. Steele is unhappy

2

with his representation, he is free to fire his counsel at any time.  If he does so, he may represent himself at trial *pro se*, but, as the Court has repeatedly informed Mr. Steele, the Court will be forced to enter a default against Cayman.

Mr. Steele has had since April 27, 2011 to retain new trial counsel for himself and for Cayman.  See Order Granting Motion for Reconsideration and Granting in Part Request for Extension of Time [DE 109].  He has known of the September 6, 2011 trial date since April 27, 2011 as well.  See id. at 3.  For these reasons, in addition to the reasons stated in open Court on September 2, 2011 and September 9, 2011, it is hereby

**ORDERED AND ADJUDGED** that  Defendant/Counter-Plaintiff, Cayman Arts, Inc.'s and Scott Steele's Motion and Request for Hearing for a Continuance of the Trial and Other Relief [DE 196] is **DENIED**.  Trial will proceed as scheduled tomorrow, September 15, 2011.  It is further

**ORDERED AND ADJUDGED** that Mr. Adler shall serve a copy of this Order on Cayman Arts, Inc. and Scott R. Steele by **no later than 5:00 on September 14, 2011**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of September, 2011.

**JAMES I. COHN**
**United States District Judge**

Copies provided to:
Counsel of record via CM/ECF

3