UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80236-CIV-COHN/SELTZER

CAREY CHEN,

      Plaintiff,

v.

CAYMAN ARTS, INC., a Florida corporation
and SCOTT R. STEELE, an individual,

      Defendant.
_____/

## ORDER OVERRULING RENEWED OBJECTION, DENYING REQUEST FOR RECONSIDERATION, AND DENYING REQUEST FOR EXTENSION OF TIME

**THIS CAUSE** is before the Court upon Defendant Cayman Arts, Inc.'s and Scott Steele's Renewed Objection and Request for Reconsideration of Plaintiff's Motion to Compel and Request for an Extension of Time to File Answer and to Further Stay Enforcement of the Alleged Settlement Agreement [DE's 217, 218].  The Court has considered the filing and the record in this case, and is otherwise fully advised in the premises.

Mr. Steele requests reconsideration of the Court's Order Granting Plaintiff's Motion to Enforce Settlement Agreement [DE 216].  Federal Rule of Civil Procedure 60(b) provides the following list of reasons justifying reconsideration:

    (1) mistake, inadvertence, surprise, or excusable neglect;

    (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

    (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).  Mr. Steele has not demonstrated any of these bases for reconsideration, and the Court finds no other reason to reevaluate that which has already been decided.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Cayman Arts, Inc.'s and Scott Steele's Renewed Objection [DE 218] is **OVERRULED**, their Request for Reconsideration of Plaintiff's Motion to Compel [DE 217] is **DENIED**, and their Request for an Extension of Time to File Answer and to Further Stay Enforcement of the Alleged Settlement Agreement [DE 217] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of November, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF